# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONALD RAIMONDI,**

        **Plaintiff,**

**-vs-**                                            Case No. 6:11-cv-480-Orl-31DAB

**ZAKHEIM & LAVRAR, P.A.,**

        **Defendant.**

_____

# ORDER

This matter is before the Court to consider the Report and Recommendation of Magistrate Judge Baker (Doc. 28) and Plaintiff's objections thereto (Doc. 29).

In its Motion for Attorney's Fees and Costs (Doc. 22), Plaintiff seeks $13,981.50 in attorney's fees for work performed by 14 timekeepers. A review of the docket reveals that in essence, the following tasks were the only ones performed by Plaintiff's Counsel: (1) the filing of a rather simple Complaint (Doc. 1); (2) the filing of a Case Management Report (Doc. 12); and (3) the filing of a Motion to Compel (Doc. 14). For the reasons noted by Judge Baker, it does not require 14 professionals and $13,000 worth of time to accomplish these rather mundane legal tasks. Accordingly, it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED as part of this Order. It is further **ORDERED** that the Plaintiff's Motion for Attorney's Fees (Doc. 22) is GRANTED in part and DENIED in part. The Clerk is directed to enter judgment for Plaintiff and against Defendant, as follows:

| | |
|---|---|
| Damages | $1,001.00 |
| Attorney's Fees | 7,000.00 |
| Costs. | 380.00 |
| Total | $8,381.00 |

Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 20, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE